PROB. 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

## WESTERN DIVISION

FILED

05 APR 26 PM 12: 4:

ROBERT R. DI ___
CLERK, U.S. DI___ ___T.
W.D. OF TN, MEMPHIS

U.S.A. vs. **VALERIE L. ALBONETTI**          Docket No. **2:03CR20047-01**

### Petition on Probation and Supervised Release

**COMES NOW** __FREDDIE MCMASTER II__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Valerie L. Albonetti__ who was placed on supervision by the Honorable __Samuel H. Mays, Jr.__ sitting in the Court at __Memphis, TN__ on the __9th__ day of __January, 2004__ who fixed the period of supervision at __two (2) years*__, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

The defendant shall participate as directed in a program (outpatient and/or inpatient) approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance use or abuse.

The defendant shall participate as directed in a program of mental health treatment approved by the probation officer.

*In the instant offense, Probation began January 9, 2004, but was revoked August 19, 2004, with a Sentence of thirty (30) days imprisonment and a one (1) year term of Supervised Release, which began September 14, 2004, with the following condition added to the previously imposed conditions:

**The defendant shall serve six (6) months community confinement.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**(PLEASE SEE ATTACHED)**

**PRAYING THAT THE COURT WILL ORDER** a Warrant be issued for Ms. Albonetti and her bond revoked.

**ORDER OF COURT**

Considered and ordered this __26__ day of __April__, 20__05__ and ordered filed and made a part of the records in the above case.

_____
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __April 14, 2005__

__Freddie M. Master II__
U.S. Probation Officer

Place:     Memphis, Tennessee

This document entered on the docket sheet in compliance ___ ___ on __4-29-05__

76

**PROB 12**
**Albonetti, Valerie L.**
**Docket No. 2:03CR20047-001**
**Page 2**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

THE DEFENDANT HAS VIOLATED THE FOLLOWING CONDITIONS OF HER BOND GRANTED FEBRUARY 2, 2005, BY MAGISTRATE DIANE K. VESCOVO:

Ms. Albonetti used and/or possessed a controlled substance as evidenced by a drug screen on April 6, 2005, which was positive for cocaine and marijuana.

Ms. Albonetti traveled out of the Western District of Tennessee without permission as evidenced by her arrest for Possession of Drug Paraphernalia on April 7, 2005, by the Horn Lake (MS) Police.

Ms. Albonetti failed to notify this officer as required within seventy-two (72) hours of being arrested on April 7, 2005.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 76 in case 2:03-CR-20047 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT