

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No. 03-20047-B |
| vs. ) | |
| ) | |
| VALERIE ALBONETTI ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

V. Rae Oliver, AUSA applies to the Court for a Writ to have Valerie Albonetti-R&I No. 87866 now being detained in the Desoto County Jail, appear before Judge Samuel H. Mays on 13th, May, 2005, at 3:00 p.m. for a Supervised Release Violation Hearing and for such other appearances as this Court may direct.

Respectfully submitted this 10th day of May, 2005.

_____
V. RAE OLIVER
Assistant U. S. Attorney

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

Upon consideration of the foregoing Application,

DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

SHERIFF/WARDEN, Mark Luttrell

YOU ARE HEREBY COMMANDED to have Valerie Albonetti-R&I #87866 appear before the Honorable Judge Mays at the date and time aforementioned.

ENTERED this 10th day of May, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5/11/05

78

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 78 in case 2:03-CR-20047 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT