PROB. 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

## WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 13 PM 4: 29

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

U.S.A. vs. VALERIE L. ALBONETTI                    Docket No. 2:03CR20047-01

### Petition on Probation and Supervised Release

**COMES NOW** FREDDIE MCMASTER II **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Valerie L. Albonetti who was placed on supervision by the Honorable Samuel H. Mays, Jr. sitting in the Court at Memphis, TN on the 9th day of January, 2004 who fixed the period of supervision at two (2) years*, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

The defendant shall participate as directed in a program (outpatient and/or inpatient) approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance use or abuse.

The defendant shall participate as directed in a program of mental health treatment approved by the probation officer.

*In the instant offense, Probation began January 9, 2004, but was revoked August 19, 2004, with a Sentence of thirty (30) days imprisonment and a one (1) year term of Supervised Release, which began September 14, 2004, with the following condition added to the previously imposed conditions:

**The defendant shall serve six (6) months community confinement.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

(PLEASE SEE ATTACHED)

**PRAYING THAT THE COURT WILL ORDER** that the Supervised Release petition filed January 14, 2005, be dismissed.

### ORDER OF COURT

Considered and ordered this 13th day of May, 2005 and ordered filed and made a part of the records in the above case.

_____
United States District Judge

**Respectfully,**

_Freddie McMaster II_
Freddie McMaster II
Probation Officer

Place Memphis, Tennessee

Date May 13, 2005

(82)

**UNITED STATES GOVERNMENT**
Memorandum

| | |
|---|---|
| **DATE:** | May 13, 2005 |
| **REPLY TO ATTN OF:** | Freddie McMaster II, USPO *FM* |
| **SUBJECT:** | **ALBONETTI, Valerie L.**<br>**Docket No.: 2:03CR20047-001**<br>**STATUS UPDATE/CONFIDENTIAL MEMORANDUM** |
| **TO:** | Honorable Samuel H. Mays, Jr.<br>United States District Judge |

On January 10, 2005, Your Honor signed a Petition on Probation and Supervised Release authorizing the issuance of a summons for Ms. Albonetti in order to address a violation of her supervision. The violation was based on her failure to complete six (6) months in the Community Corrections Center (halfway house). On February 2, 2005, she appeared before Magistrate Vescovo for an Initial Appearance whereby she was released on her own recognizance. She is currently in federal custody due to a warrant for violation of her bond conditions.

Assistant United States Attorney Rae Oliver contacted this officer today requesting this violation be dismissed. She explained she has received information that the Federal Bureau of Investigation is investigating allegations of sexual misconduct by employee(s) of the halfway house towards residents. Ms. Albonetti was discharged from the halfway house a short time after she made an allegation of sexual misconduct by an employee. In light of this new information, it is requested the petition filed with the Clerk's Office on January 14, 2005, be dismissed.

FLM:gp

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 82 in case 2:03-CR-20047 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT