PROB. 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

### WESTERN DIVISION

FILED BY ⟨⟨ D.C.

05 MAY 16  AM 9: 10

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**U.S.A. vs. VALERIE L. ALBONETTI**                    **Docket No. 2:03CR20047-01**

### Petition on Probation and Supervised Release

**COMES NOW   FREDDIE MCMASTER II   PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of <u>Valerie L. Albonetti</u> who was placed on supervision by the Honorable <u>Samuel H. Mays, Jr.</u> sitting in the Court at <u>Memphis, TN</u> on the <u>9th</u> day of <u>January, 2004</u> who fixed the period of supervision at <u>two (2) years*</u>, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

The defendant shall participate as directed in a program (outpatient and/or inpatient) approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance use or abuse.

The defendant shall participate as directed in a program of mental health treatment approved by the probation officer.

*In the instant offense, Probation began January 9, 2004, but was revoked August 19, 2004, with a Sentence of thirty (30) days imprisonment and a one (1) year term of Supervised Release, which began September 14, 2004, with the following condition added to the previously imposed conditions:

**The defendant shall serve six (6) months community confinement.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

### (PLEASE SEE ATTACHED)

**PRAYING THAT THE COURT WILL ORDER** that the Petition to revoke bond filed on April 26, 2005, be dismissed as the underlying violation has been disposed.

**ORDER OF COURT**

Considered and ordered this _13th_ day of _May_, 20_05_ and ordered filed and made a part of the records in the above case.

_____
United States District Judge

**Respectfully,**

_Freddie McMaster II_
Freddie McMaster II
Probation Officer

**Place** <u>Memphis, Tennessee</u>

**Date** <u>May 13, 2005</u>

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 86 in case 2:03-CR-20047 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT