AO 245 S (Rev. 4/90)(W.D. TN rev.)  Judgment in a Criminal Case

Case 2:03-cr-20047-SHM   Document 87   Filed 05/17/05   Page 1 of 2   PageID 123

Page 1 of 1

# United States District Court

### Western District of Tennessee

FILED BY _____ D.C.

05 MAY 17  PM 12: 45

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

Case Number   2:03CR20047-01-Ma

## VALERIE L. ALBONETTI

## JUDGMENT AND COMMITMENT ORDER
## ON REVOCATION OF SUPERVISED RELEASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, **Valerie L. Albonetti**, was represented by Mr. Edwin Perry.

It appearing that the defendant, who was sentenced by the Hon. Samuel H. Mays, Jr. on August 19, 2004, and placed on supervised release for a period of one (1) year, has violated the terms of her supervision, it is hereby **ORDERED** and **ADJUDGED** that defendant's supervised release be revoked and that defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of one hundred two (102) days.

The defendant is remanded to the custody of the United States Marshal.

Signed this _____ 16th _____ day of May, 2005.

**SAMUEL H. MAYS, JR.**
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-20-05 _____

87

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 87 in case 2:03-CR-20047 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT